FREEMAN v. W. B. WALKER & SONS.
(No. 68-2825.)*

(Commission of Appeals of Texas, Section A. June 11, 1919.)

Error to Court of Civil Appeals of Third Supreme Judicial District.

Action by W. B. Walker & Sons against Thomas J. Freeman, receiver of the International & Great Northern Railway Company and others. Judgment for plaintiffs in the justice and county courts, which was affirmed in part and reversed and rendered in part upon appeal to the Court of Civil Appeals (175 S. W. 456), and the defendants bring error. Judgment of the Civil Court of Appeals reformed and affirmed.

Fisher & Fisher and Robt. Thompson, all of Austin (Wilson, Dabney & King, of Houston, of counsel), for plaintiff in error.

A. S. Phelps and F. C. Morse, both of Austin, for defendant in error.

TAYLOR, J. This case is one appealed from the county court, and is a companion case to Thomas J. Freeman et al. v. W. B. Walker & Sons (No. 2849) 212 S. W. 637. The parties are identical in the two cases. The material facts are the same except as to the amounts involved, the time of shipment, and the place from which shipment was made. The Court of Civil Appeals made the same disposition of both cases. 175 S. W. 456, 1133.

The question raised by the only assignment of error subject to review by the Supreme Court in this case has been this day discussed in the companion case, in which recommendation was made that judgment of the Court of Civil Appeals should be reformed so as to eliminate the

award for attorney's fee, and, as reformed, affirmed.

We therefore recommend that the same disposition be made of this case.

PHILLIPS, C. J. The judgment recommended by the Commission of Appeals is adopted and will be entered as the judgment of the Supreme Court.